United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHS LAW LLP,<br><br>        Plaintiff,<br><br>    v.<br><br>JIPYONG LLC, et al.,<br><br>        Defendants. | Case No. 25-cv-04328-AMO<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 8 |

Before the Court is Plaintiff Bhs Law LLP's Motion for Temporary Restraining Order ("TRO"). ECF 8. Plaintiff seeks a TRO enjoining Defendants Jipyong LLC and Jinhee Kim ("Defendants") from continuing to engage in alleged unauthorized practice of law. The Court will hear the Motion on Monday, June 9, 2025, at 11:00 a.m. PDT via Zoom.

The Court **ORDERS** Plaintiff to serve a copy of this Order on Defendants via email, including to Ms. Kim at jinheekim@jipyong.com, no later than 5 p.m. PDT on Monday, June 2, 2025, and to file a certificate of service on the docket no later than 9 a.m. PDT on Tuesday, June 3, 2025. The Court **ORDERS** any opposition by Defendants to be filed no later than noon PDT on Thursday, June 5, 2025. Failure to timely serve Defendants or file a certificate of service will result in vacatur of the hearing.

**IT IS SO ORDERED.**

Dated: June 2, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**